No. 73–265. Semel *v.* Federal Supply Co. C. A. 3d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari. 

No. 73–272. Reynolds et al. *v.* City of Sacramento et al. Sup. Ct. Cal. Certiorari denied. Mr. Justice Douglas would grant certiorari. 

No. 73–287. Borserine *v.* Florida. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. Mr. Justice Douglas would grant certiorari. 

No. 73–344. Owen et al. *v.* Musick, Sheriff. Sup. Ct. Cal. Certiorari denied. Mr. Justice Douglas would grant certiorari. 

No. 73–492. Kunstsammlungen zu Weimar *v.* Federal Republic of Germany et al. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari. 

No. 73–529. Martinez *v.* United States. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari. 

No. 73–709. Canadian Parkhill Pipe Stringing, Ltd., et al. *v.* United States. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari. 

No. 73–719. Santana *v.* United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.